IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CR 3:12-513 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| David Andrea Jenkins, | ) | |
| Torrean Antwon Sims, | ) | |
| Nicholas Jason Wright, | ) | |
| Nathaniel Jamal Farmer, | ) | |
| Jarius Octavis Jones, | ) | |
| Calvin James Hall, | ) | |
| Kenneth Roy Cottoy, | ) | |
| Alex Russell Anderson, | ) | |
| Karish Mali Brown, | ) | |
| Tyrone Lewis, | ) | |
| Michael Oshay Long, | ) | |
| Frank Henderson, III, | ) | |
| Hassaan R. Brown, | ) | |
| Degregory Reaves, and | ) | |
| Kenneth O'Neal Timmons, | ) | |
| Defendants. | ) | |

This matter comes before the court on the motion of Defendant Jenkins to be provided with meaningful access to evidence, ECF No. 1240, which has been joined by a number of

1

Defendants in this case. In order for the individual Defendants to review the voluminous discovery produced by the government, the court hereby grants the motion and establishes the following provisions for the creation of a "Reading Room":

The government is directed to provide an electronic copy of the discovery materials to the Federal Public Defender of the District of South Carolina. The Federal Public Defender's Office shall load the discovery materials onto the hard drives of four laptops that will be purchased through Criminal Justice Act funds. Three of the laptops containing the discovery materials should be delivered to the Lexington County Detention Center (LCDC). The court directs the LCDC to make available a room for viewing the discovery contained on the laptops—a "Reading Room." The court further directs LCDC to allow the Defendants in custody at its facility to view the discovery upon reasonable request, and in accordance with the policies and procedures of the LCDC. The LCDC shall maintain a log of each Defendant who enters the Reading Room; such log shall include the date, the inmate name and number, and the time the inmate enters the Reading Room and exits the Reading Room.

The fourth laptop containing the discovery materials shall be available at the Federal Public Defender's Office in Columbia, South Carolina for Defendants who are not in custody. The Federal Public Defender's Office is directed to keep a log of the Defendants who use the laptop located in its office; such log shall include the date, name of the Defendant, and the time the Defendant uses the laptop to access the discovery materials in this case.

The Federal Public Defender's Office is directed to maintain the laptops containing the discovery materials. No discovery documents may be kept in custody of the Defendants following viewing, but Defendants will be permitted to take notes. Any Defendant who wishes to take advantage of the discovery materials provided at the LCDC but who is not currently in

2

custody at that facility should submit a motion to this court for transfer to the LCDC as soon as possible.

The Clerk shall forward a copy of this order to the United States Marshal and to the LCDC.

IT IS SO ORDERED.

April 18, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge